PEARCE <em>v.</em> THE STATE.

Where the plaintiff in error fails to comply or attempt compliance with the act of November 11, 1889, prescribing the manner of bringing cases here, this court has no jurisdiction, and the bill of exceptions must be dismissed.

January 14, 1891. By two Justices.

Practice in Supreme Court. Jurisdiction.

W. F. BROWN, by brief, for plaintiff in error.

A. RICHARDSON, solicitor-general, by brief, *contra*.

SIMMONS, Justice.

The bill of exceptions in this case fails to specify what portions of the record are material to be transmitted to this court, as required by the act of November 11th, 1889 (Acts 1889, p. 114); and the certificate of the judge to the bill of exceptions is not the certificate prescribed by that act. The act declares that no case shall be taken to the Supreme Court by bill of exceptions except in the manner prescribed therein.

As the plaintiff in error has failed to comply with or even to attempt compliance with the provisions of this act, this court has no jurisdiction of the case, and the bill of exceptions must be dismissed.

*Writ of error dismissed.*